UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>)<br>  vs. )<br>)<br>**SCOTT ROBINSON,** )<br>)<br>      Defendant. ) | CASE NO. 07-104 M (MPT) |

### O R D E R

    The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    It is on this **18th** day of **MAY 2007**,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                                                        _____
                                                                        Honorable Mary Pat Thynge
                                                                        U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED
MAY 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE