FILED IN OPEN COURT ON 5-18-07
RPG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                     ) | |
|     Plaintiff,                      ) | |
|                                     ) | |
| v.                                  ) | Criminal Action No. 07-104M |
|                                     ) | |
| SCOTT T. ROBINSON,                  ) | |
|                                     ) | |
|     Defendant.                      ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

   **X**    Crime of violence (18 U.S.C. § 3156)

   \_\_\_\_    Maximum sentence life imprisonment or death

   \_\_\_\_    10+ year drug offense

   \_\_\_\_    Felony, with two prior convictions in above categories

   **X**    Minor victim

   \_\_\_\_    Possession/ use of firearm, destructive device or other dangerous weapon

   \_\_\_\_    Failure to register under 18 U.S.C. § 2250

   **X**    Serious risk defendant will flee

   \_\_\_\_    Serious risk obstruction of justice



FILED

MAY 1 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    **X**    Defendant's appearance as required

    **X**    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    **X**    Probable cause to believe defendant committed ~~10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism~~, or a specified offense (_18 USC 2252A_) with minor victim

    ____    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ____    At first appearance

    **X**    After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    ____    1. At the time the offense was committed the defendant was:

        ____    (a) on release pending trial for a felony;

        ____    (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ____    (c) on probation or parole for an offense.

    ____    2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ____    3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this __18th__ day of __May__, 2007.

                                Respectfully submitted,

                                COLM F. CONNOLLY
                                United States Attorney

                        By: _____
                                Edmond Falgowski
                                Assistant United States Attorney