IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA )
)
         Plaintiff, )
)
         v. )     CASE NO.: **07-104M-MPT**
)
**SCOTT T. ROBINSON** )
)
         Defendant. )

O R D E R

WHEREAS, this matter came before this Court on
**MAY 22, 2007** for the purpose of a preliminary hearing;
and

WHEREAS, the United States has produced sufficient
evidence to convince the undersigned that there is probable
cause to believe that an offense has been committed by the
defendant against the laws of the United States;

IT IS ORDERED, that the defendant is held to await
further action by the court.

Dated: 5/22/07

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED

MAY 2 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE