AO 432 (Rev. 2/84)

Administrative Office of the United States Courts

PREL / DET

# WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | | | | PAGE NUMBER |
|---|---|---|---|---|---|---|
| 5/22/07 | 07-104M | KINCAID | | | | |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| Gov't Witness FBI Special Agent Scott Duffy | 12:45 pm | 12:47 pm | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Gov't 1 | Criminal Complaint & Affidavit. | ID | ID. |

FILED
MAY 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE