IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-82- UNA |
| | ) | |
| SCOTT DAVID ROBINSON, | ) | |
| | ) | REDACTED |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Counts 1 -12

From on or about October 27, 2006, through on or about February 4, 2007, in the District of Delaware, Scott David Robinson, the defendant, knowingly received and attempted to receive child pornography, that is, computer generated visual depictions in the form of computer files which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce by computer, the dates being described more particularly, as follows:

| Count | Date Received |
|---|---|
| 1 | October 27, 2006 |
| 2 | November 1, 2006 |
| 3 | November 2, 2006 |
| 4 | November 13, 2006 |
| 5 | November 22, 2006 |
| 6 | November 25, 2006 |
| 7 | December 7, 2006 |



FILED
JUN 1 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| Count | Date Received |
|:-:|:-:|
| 8 | December 13, 2006 |
| 9 | December 14, 2006 |
| 10 | December 17, 2006 |
| 11 | February 1, 2007 |
| 12 | February 4, 2007 |

in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

## Counts 13 -23

From on or about November 1, 2006, through on or about February 4, 2007, in the District of Delaware, Scott David Robinson, the defendant, knowingly transported and attempted to transport by computer in interstate and foreign commerce child pornography, that is, computer generated visual depictions in the form of computer files which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, the dates being described more particularly, as follows:

| Count | Date Transported |
|:-:|:-:|
| 13 | November 1, 2006 |
| 14 | November 2, 2006 |
| 15 | November 13, 2006 |
| 16 | November 22, 2006 |
| 17 | November 25, 2006 |
| 18 | December 7, 2006 |
| 19 | December 13, 2006 |
| 20 | December 14, 2006 |
| 21 | December 17, 2006 |

| Count | Date Transported |
|-------|------------------|
| 22 | February 1, 2007 |
| 23 | February 4, 2007 |

in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

## Count 24

On or about February 16, 2007, in the District of Delaware, Scott David Robinson, the defendant, knowingly possessed a computer hard drive that contained images of child pornography, that is, visual depictions which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce and which had been produced using materials which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## Counts 25 - 36

From on or about October 27, 2006, through on or about February 4, 2007, in the District of Delaware, Scott David Robinson, the defendant, knowingly received and attempted to receive visual depictions, that is, computer files, that depict computer images that are or appear to be of minors engaging in graphic sexual intercourse, and that lack serious literary, artistic, political, or scientific value, which images had been transported in interstate and foreign commerce by computer, and which images had been produced using materials that had been shipped and transported in interstate or foreign commerce, the dates being described more particularly, as follows:

| Count | Date Received |
|-------|---------------|
| 25 | October 27, 2006 |
| 26 | November 1, 2006 |
| 27 | November 2, 2006 |

| Count | Date Received |
|---|---|
| 28 | November 13, 2006 |
| 29 | November 22, 2006 |
| 30 | November 25, 2006 |
| 31 | December 7, 2006 |
| 32 | December 13, 2006 |
| 33 | December 14, 2006 |
| 34 | December 17, 2006 |
| 35 | February 1, 2007 |
| 36 | February 4, 2007 |

in violation of Title 18, United States Code, Sections 1466A(a)(2)(A) and (B), and 2252A(b)(1).

## Counts 37 - 47

From on or about November 1, 2006, through on or about February 4, 2007, in the District of Delaware, Scott David Robinson, the defendant, knowingly distributed and attempted to distribute in interstate and foreign commerce visual depictions, that is, computer files, that depict computer images that are or appear to be of minors engaging in graphic sexual intercourse, and that lack serious literary, artistic, political, or scientific value, the dates being described more particularly, as follows:

| Count | Date Distributed |
|---|---|
| 37 | November 1, 2006 |
| 38 | November 2, 2006 |
| 39 | November 13, 2006 |
| 40 | November 22, 2006 |
| 41 | November 25, 2006 |
| 42 | December 7, 2006 |

| Count | Date Distributed |
|---|---|
| 43 | December 13, 2006 |
| 44 | December 14, 2006 |
| 45 | December 17, 2006 |
| 46 | February 1, 2007 |
| 47 | February 4, 2007 |

in violation of Title 18, United States Code, Sections 1466A(a)(2)(A) and (B), and 2252A(b)(1).

### Count 48

On or about February 16, 2007, in the District of Delaware, Scott David Robinson, the defendant, knowingly possessed visual depictions, that is, computer files, that depict computer images that are or appear to be of minors engaging in graphic sexual intercourse, and that lack serious literary, artistic, political, or scientific value, which images had been transported in interstate and foreign commerce by computer, and which images had been produced using materials that had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 1466A(b)(2)(A) and (B), and 2252A(b)(2).

A TRUE BILL:

Foreman

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 6-14-07