IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-82-SLR |
| | : | |
| SCOTT ROBINSON, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
OF SENTENCING HEARING**

Defendant, Scott Robinson, by and through his undersigned counsel, Edson A. Bostic, Federal Public Defender, hereby moves this Court for an Order continuing the Sentencing Hearing in this case.

In support of this motion, Mr. Robinson avers as follows:

1. On or about September 19, 2007, Mr. Robinson appeared before this Court and plead guilty to one count of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(1) and (b)(1). Sentencing is currently set for December 17, 2007.

2. Mr. Robinson is requesting a postponement of the Sentencing Hearing because defense counsel is awaiting the completion of a forensic evaluation of Mr. Robinson by Timothy Foley, Ph.D., Forensic Psychologist, who specializes in the treatment and assessment of persons charged with sexual and child pornography related offenses.

3. According to Dr. Foley, he has not been able to visit with Mr. Robinson to complete

his assessment of him due to his overly congested schedule.[1]

4.   Counsel believes that Dr. Foley's assessment of Mr. Robinson will be germaine to support the defense's efforts at sentencing mitigation.

5.   Neither the government nor the probation office objects to Mr. Robinson's request for a postponement.

6.   Accordingly, defendant believes that, in the interests of justice, a postponement of the Sentencing Hearing is warranted.

**WHEREFORE,** the Defendant, Scott Robinson, respectfully requests that this Court issue an Order postponing the Sentencing Hearing for at least 60 days.

Respectfully submitted,

/s/
Edson A. Bostic, Esquire
Federal Public Defender

Attorney for Scott Robinson

One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
ecf_de@msn.com

Dated:  November 27, 2007

---

[1] Dr. Foley is one of the premier authorities in this area for evaluating sex offenders. As such, his services are in high demand.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-82-SLR |
| SCOTT ROBINSON, | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Unopposed Motion For Postponement Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this _____ day of _____, 2007, that Defendant Robinson's Sentencing Hearing shall be on the _____ day of _____, 2008, at _____ a.m./p.m.

                                                                                          _____
                                                                                          Honorable Sue L. Robinson
                                                                                          United States District Court