IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-82-SLR |
| SCOTT ROBINSON, | : | |
| Defendant. | : | |

**DEFENDANT'S AMENDED UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING**

Defendant, Scott Robinson, by and through his undersigned counsel, Edson A. Bostic, Federal Public Defender, hereby moves this Court for an Order continuing the Sentencing Hearing in this case.

In support of this motion, Mr. Robinson avers as follows:

1. On or about September 19, 2007, Mr. Robinson appeared before this Court and plead guilty to one count of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(1) and (b)(1). Sentencing is currently set for January 29, 2008.

2. Mr. Robinson is requesting a postponement of the Sentencing Hearing because defense counsel is awaiting the completion of a forensic evaluation and report of Mr. Robinson by Timothy Foley, Ph.D., Forensic Psychologist, who specializes in the treatment and assessment of persons charged with sexual and child pornography related offenses.

3. Dr. Foley, met with and conducted a psychological examination and testing on Mr. Robinson on December 20, 2007. However, because of the complexities involved, he has not

completed the full analysis and report as of the date of this motion.

4. Additionally, it appears that Mr. Robinson raised an issue during the course of the examination, which may require consultation with another forensic psychologist. To this end, Counsel has also retained the services Catherine Barber, Ph.D. to consult.

5. Counsel believes that Dr. Foley's assessment of Mr. Robinson will be germaine to support the defense's efforts at sentencing mitigation.

Moreover, Counsel unavailable on January 29, 2008, as he must attend the Federal Defender Conference from January 28, 2008 through January 31, 2008.

6. Neither the government nor the probation office objects to Mr. Robinson's request for a postponement.

7. Counsel has discussed the need for this postponement with Mr. Robinson and he is in full agreement with the request.

8. Accordingly, defendant believes that, in the interests of justice, a postponement of the Sentencing Hearing is warranted.

**WHEREFORE,** the Defendant, Scott Robinson, respectfully requests that this Court issue an Order postponing the Sentencing Hearing for at least 45 days.

                                                Respectfully submitted,

                                                /s/
                                                Edson A. Bostic, Esquire
                                                Federal Public Defender

                                                Attorney for Scott Robinson

One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
ecf_de@msn.com

Dated: January 11, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-82-SLR |
| SCOTT ROBINSON, | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Unopposed Motion For Postponement Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that Defendant Robinson's Sentencing Hearing shall be on the _____ day of _____, 2008, at _____ a.m./p.m.

_____
Honorable Sue L. Robinson
United States District Court