IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-82-SLR |
| SCOTT ROBINSON, | : | |
| Defendant. | : | |

## ORDER

Having considered Defendant's Unopposed Motion For Postponement Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this __12th__ day of __January__, 2008, that Defendant Robinson's Sentencing Hearing shall be on the __4th__ day of __March__, 2008, at __4:30__ a.m./p.m.

_____
Honorable Sue L. Robinson
United States District Court