IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-82-SLR |
| | ) | |
| SCOTT C. ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly,

United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States

Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 1

through 14 and 16 through 48 of the Indictment, pursuant to the Memorandum of Plea Agreement

dated September 19, 2007

COLM F. CONNOLLY
United States Attorney

By:

Edmond Falgowski
Assistant United States Attorney

**3-4-08**
Dated: ~~January 29, 2008~~

IT IS SO ORDERED this _5th_ day of __March_____, 2008.

HONORABLE SUE L. ROBINSON
United States District Court